FILED 8 FEB '21 11:29USDC-ORP

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

Portland _____ DIVISION

_Jacob Lawrees_

*(Enter full name of plaintiff)*

Plaintiff,

v.

_Multnomah County Inverness_
_Jail / Multnomah County_
_Sheriff's Office_

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. ___3:21-cv-00217-AA___
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL
RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☒Yes        ☐No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

Name: _Jacob Lawrees_

Street Address: _11540 NE Inverness Dr._

City, State & Zip Code: _Portland Oregon 97220_

Telephone No.: _____

Complaint for Violation of Civil Rights (Prisoner Complaint)                    1
[Rev. 01/2018]

**Defendant No. 1**    Name: _Multnomah County Inverness Jail_

Street Address: _1540 NE Inverness Dr._

City, State & Zip Code: _portland OR. 97220_

Telephone No.: _____

**Defendant No. 2**    Name: _Multnomah County Sheriffs Office_

Street Address: _1540 NE Inverness Dr._

City, State & Zip Code: _portland OR. 97220_

Telephone No.: _____

**Defendant No. 3**    Name: _Multnomah County Corrections Health_

Street Address: _1540 NE Inverness Dr._

City, State & Zip Code: _portland OR. 97220_

Telephone No.: _____

**Defendant No. 4**    Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

## II.  BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

5th Amendment right to protect life, liberty property
8th Amendment cruel unusual punishment/unnessecary rigor
7th Amendment excessive bail or fines imposed beyond my means

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

my bail is $255,000 I am homeless and have no one to pay my bail with is a 7th Amendment violation excessive bail imposed 8th cruel unessary rigor covid in jail facility moved me to dorm 10 tested positive for covid in dorm 12 moved those facility to another dorm with virus 5th Amendment violation right to protect life, liberty, Property if someone protects themselves with a weapon because of a percieved threat and threatening statements I had to go allegedly protect my self

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

the Sheriffs office took a legal oath to protect use and keep us safe covid is in entire facility

gatorade and 500 mg tynend 3x day 600 Mg Ibuprofen 3x day is the Medical Revisdoe for COVID victims incustody of Multnomah County Sheriffs Office Medical Indfference and Guards transporting inmates with covid from Dorm to Dorm spreading virus facility falvoated to protect us adrequitly from COVID I have copy of grievance regarding issue

## Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Complaint for Violation of Civil Rights (Prisoner Complaint)                    4
[Rev. 01/2018]

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all
administrative appeals available to me.

☒ Yes          ☐ No

## V.  RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of
monetary compensation you are seeking.  Make no legal arguments.  Cite no cases or statutes.*

I would like to be monetary compensated for catching covid
in custody when Guards supposed to keep me safe
Monetary compensation: to be Determined!
I would also like the courts to consider immediate
Release from custody because of 5,8,7,6,9,12
U.S constitutional Rights broke to fight case from
streets I had a place to go in hillsboro a 4 crups
apartment on the Max line

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 3rd day of February, 2021.

*(Signature of Plaintiff)*

1 immediate judicial action, plaintiff's illegal confinement will continue, they will continue

2 to suffer from defendant's illegal conditions of confinement, and they will be irreparably

3 harmed by these actions of the defendant and its agents.

4

5                                                6.

6       A writ of habeas corpus should be granted because there is a need for immediate

7 judicial scrutiny and there are no other plain, adequate, or speedy remedies available for

8 plaintiff to seek review of the challenged actions of the defendant.

9

10                                               7.

11      Plaintiff is incarcerated in a facility that does not follow this state's required

12 precautions to prevent the spread of the disease Covid-19, by placing plaintiff and all other

13 prisoners within the facility in imminent danger of acute illness, deprivation of essential

14 medical care, and death.  Contrary to the federal and state guidance regarding Covid-19,

15 the facility does not keep prisoners adequately separated from each other or potentially

16 infected facility staff, supply adequate soap and/or sanitizer, or provide adequate access to

17 sinks, masks, or other Personal Protection Equipment ("PPE") to prevent contraction of

18

19 Covid-19.  The facility does not adequately quarantine prisoners from staff or prisoners in

20 transport to or from the facility.  The facility does not adequately screen staff for

21 coronavirus contacts or symptoms.  Upon information and belief, the facility lacks

22 adequate health care services and capacity to preserve the lives of plaintiff and other

23 prisoners suffering from acute, life threatening Covid-19 infections, where infection of

24 prisoners and facility staff and will likely become widespread as Oregon fails to require

25

3 – PETITION FOR WRIT OF HABEAS CORPUS

1 social distancing, PPEs, increased testing, and/or other precautions in prisons and jails

2 known to slow the spread of Covid-19.

3

8.

4

Plaintiff has underlying health condition(s) that make them at-risk for severe
5

6 complications or death should they contract Covid-19, the disease that arises from

7 coronavirus.  Specifically, plaintiff has the following underlying health conditions,

8 determined by consensus in the medical community to make them at-risk for severe

9 complications or death:

10

   I am already have covid as of 3 days ago

11

12    I have a diminished mental capacity already due to covid

13 I believe it has cause enough brain damage

14 and another strain has shown up in the county

15 I also have poor eye sight already covid Makes my

16 eye sight virtually (None)

17

18

9.

19    Plaintiff has requested protection from defendant from contraction of coronavirus,

20 and been denied in the following ways:

21    1) By continuing to incarcerate plaintiff within a closed and densely populated

22 facility that threatens the life of plaintiff, other prisoners and ODOC staff;

23    2) By sustaining:

24

25      a.) Unavoidably and dangerously close proximity of plaintiff to other prisoners

and DOC staff who might be infected;

4 – PETITION FOR WRIT OF HABEAS CORPUS

1        b.) Exposure to DOC staff who enter and leave the facility, a significant

2 number of whom may not be known to be infected or show symptoms of infection but will

3 nevertheless be capable of infecting plaintiff and other individuals;

4        c.) The impossibility of protecting plaintiff from infection within DOC

5 facilities that remain at their current and normal number of prisoners per cell and

6 aggregate number of prisoners at the facility;

7

8        d.) Inadequate health care at the facility to care for plaintiff and other

9 potentially acutely ill prisoners through the provision of intensive care and ventilator

10 treatment foreseeably needed to preserve plaintiff's life if infected within the facility;

11

12 OTHER (medical conditions and complaints not covered above):

13 This facility has no vaccine or ventilaters

14 COVID will kill eventually need glasses to do legal

15 work have massive headache due to strain on eyes Dollar

16 store glasses don't help insufficient nonviable for prescription

17 glasses at need no onto bring glasses out of facility

18

19

20

21

22

23

24

25

5 – PETITION FOR WRIT OF HABEAS CORPUS

10.

In the span of just a few months, as of May 6, 2020, over 3,809,180 people globally have been confirmed diagnosed with Covid-19 and over 266,432 have died. (*Johns Hopkins University, Coronavirus Resource Center*, May 6, 2020.) In the United States, as of May 6, 2020, over 1,193,813 people have been diagnosed with Covid-19.  At least 70,802 people have died, most within at-risk groups: older adults, people with asthma, HIV, diabetes, respiratory disease, and heart disease, and other co-morbidities.  (*Center for Disease Control*, May 6, 2020.)  Covid-19 is extremely lethal with a high rate of lethality that increases significantly among at-risk groups. (*Lancet, Infectious Diseases*, March 30, 2020.)  The disease is up to 20 times more infectious than seasonal flu and spreads exponentially, doubling within days.  The disease is erupting or about to erupt in jails and prisons in Oregon as result of failure to institute comprehensive Covid-19 precautions. Prisoners are currently the only group of Oregonians unprotected by Governor Kate Brown's Executive Order 20-12 that requires social distancing and other precautions for groups, for no apparent reason other than their status as people who are incarcerated.

Members of the public concerned about the safety of prisoners in this environment have requested ODOC take urgent protective measures to prevent wide-spread infection of Covid-19 in this vulnerable population: those requests have not yet been implemented. In this environment, plaintiff is at risk of immediate harm and death and requires immediate judicial scrutiny of their claims.  Plaintiff is incarcerated and wholly dependent upon defendant for protection from Covid-19 and has no other available adequate or timely remedy.  Defendant's refusal to protect plaintiff from contracting Covid-19 amounts

1 to deliberate indifference to plaintiff's serious medical needs, in violation of the Eighth

2 Amendment to the United States Constitution and Article I, Sections 13, 16 and 23 of the

3 Oregon Constitution.  Defendant's conduct amounts to a denial of due process and a

4 denial of equal protection in violation of Plaintiff's constitutional rights per the Oregon

5 and United States Constitutions, and Oregon's statutory and administrative rule rights.

6

7         Plaintiff prays that a writ of habeas corpus be granted, directed to defendant,

8 commanding them to file a return stating the legality of, and the time and cause of the

9 imprisonment, incarceration, and restraint of plaintiff, or to have the body of plaintiff

10 before the court at the time and place specified in the writ; to do what shall be considered

11 by the court concerning plaintiff.

12

13

14

15 DATED this _2 nd_ day of _febury_ , 2020.

16

17

18

19                                        _Jacob Laurau_
                                              Signature of Plaintiff
20                                        SID#: _739030_
                                              Correctional Facility (Address):
21                                        _11540 NE inverness Dr_
                                          _MCIS Multnomah County_
22                                          _97220_

23

24

25

7 – PETITION FOR WRIT OF HABEAS CORPUS

FILED 8 FEB '21 11:24USDC-ORP

1

2                    **CERTIFICATE OF DOCUMENT PREPARATION**

3                         Pursuant to UTCR 2.010(7)

4

5       I hereby certify that the following is true:

        ☒ I selected this document and it was prepared without paid assistance.

6       ☐ I requested help from an inmate legal assistant to assist me in the preparation of

7       this document at _____.

8       ☐ I paid or will pay money to _____ for assistance in

9       preparing the document(s)/forms.

10

11

12

13

14      DATED this _2nd_ day of _February_____, 2020.

15

16                                          _Jacob Lancey_
                                            _____
17                                                  Signature of Plaintiff
                                            SID#: _739030_
18                                          Correctional Facility (Address):
                                            _11540 NE Inverness Dr._
19                                          _MCF.) Multnomah County_
20                                          _97220_

21

22

23

24

25

8 – PETITION FOR WRIT OF HABEAS CORPUS

1

**CERTIFICATE OF SERVICE**          FILED 8 FEB '21 11:26 USDC-ORP

2

3          I, Tara Herivel, hereby certify that on this date I have made service of the

4     attached MOTION, DECLARATION AND ORDER FOR MOTION FOR

5     DISQUALIFICATION OF JUDGE, on the Respondent/Defendant by U.S. mailing a

6     true copy thereof, in compliance with the "Mailbox Rule" for filing and mailing legal

7     documents, certified by me as the Plaintiff, upon the following parties:

8                              Trial Court Administrator
                         _Multnomah_ County Courthouse
9                         1200 SW first Ave
10                        portland OR. 97201 - 3206
                         _____

11    DATED this _3rd_ day of _february_____, 2020.

12

13

14          _Jacob Lowrey_____
                              Signature of Plaintiff
15                            SID# _739630_____
                              Correctional Institution:
16                            _MCI_____
                              11540 NE Inverness
17                            DR 97220_____
                              portland OR.
18                            _____

19

20

21

3 – PROPOSED ORDER – DISQUALIFICATION OF JUDGE - HABEAS CORPUS

FILED 8 FEB '21 11:25USDC-ORP

1

### *CERTIFICATE OF READINESS*

2

This proposed Order is Ready for judicial signature because:

3

- I provided this order by mail to the Trial Court Administrator with my pro se

4

motion for habeas corpus and other documents.

5

6

7        DATED 5 May 2020.

8

9

10

Signature of Plaintiff
SID# 739630

11

Correctional Institution:
Multnomah

12
County Inmates

13
Jail 1543 Ne

14
Inverness Dr.

15

16

17

18

19

20

21

2 –PROPOSED ORDER – DISQUALIFICATION OF JUDGE - HABEAS CORPUS