UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JACOB LANCEY, | Case No. 3:21-cv-00217-AA |
| Plaintiff, | ORDER |
| v. | |
| MULTNOMAH CO. INVERNESS JAIL; MULTNOMAH COUNTY SHERIFF'S OFFICE, | |
| Defendants. | |

AIKEN, District Judge.

      Plaintiff, a pretrial detainee at the Multnomah County Inverness Jail, filed this action pursuant to 42 U.S.C. § 1983 and alleged violations of his rights under the Fourteenth Amendment. *See Pierce v. Cty. of Orange*, 526 F.3d 1190, 1205 (9th Cir. 2008) (explaining that, under the Fourteenth Amendment's Due Process Clause, pretrial detainees have a right against jail conditions that "amount to punishment"). Specifically, plaintiff alleges that he contracted COVID-19 as a result of the conditions at the Inverness Jail and defendants' alleged failure to protect inmates from contracting the virus.

1 - ORDER

In *Clark v. Multnomah Cty.*, Case No. 3:21-cv-501-AA, the plaintiffs filed a proposed class action on behalf of inmates who contracted COVID-19 in Inverness Jail or the Multnomah County Detention Center. Plaintiff arguably would be a member of the proposed class in *Clark*, and I find that a stay in this case is appropriate pending a decision on class certification in *Clark*.

Accordingly, defendants' Motion to Dismiss (ECF No. 14) is DENIED with leave to renew, and this action is STAYED pending the resolution of class certification in *Clark v. Multnomah Cty.*, Case No. 3:21-cv-501-AA.

IT IS SO ORDERED.

DATED this  28th   day of October, 2021.

                                                      /s/Ann Aiken
                                                       Ann Aiken
                                      United States District Judge

2 - ORDER